IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNISHIPPERS GLOBAL LOGISTICS,<br><br>    Plaintiff,<br><br><br><br>vs.<br><br><br><br>FIRST STREET CAPITAL, and ERIN BREEN,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING EXTENSION OF TIME TO ANSWER FOR FIRST STREET CAPITAL<br><br><br><br><br><br>Case No. 2:09-CV-824 TS |

By separate order, the Court has granted Defendant Breen's pro se Motion for Extension of Time to file an answer.  The pro se Motion also requested an extension of time for Defendant First Street Capital, a Maryland limited liability company.  The Court will grant the extension, but reminds First Street Capital that the rule is that "a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."[1]  It is therefore

---

[1] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556–57 (10th Cir. 2001); *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

ORDERED that the time for filing an answer for defendant First Street Capital is extended to December 23, 2009.

DATED   December 7, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge